# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BRIAN TURGEON,                                    CASE NO.: 8:14-CV-002159-JDW-TBM

    Plaintiff,

vs.

PERFORMANT RECOVERY, LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, BRIAN TURGEON, and Defendant, PERFORMANT RECOVERY, LLC, by and through their undersigned counsel, would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted this 11 day of December, 2014.


Max Story, Esquire
Florida Bar No.: 527238
Max Story, P.A.
328 2nd Avenue North, Suite 100
Jacksonville Beach, Florida 32250
Telephone: 904-372-4109
Facsimile: 904-758-5333
max@StoryLawGroup.com
Attorney for Plaintiff

Robert E. Sickles, P.A.
Florida Bar No.: 167444
Hinshaw & Culbertson, LLP
100 South Ashley Drive
Suite 500
Tampa, FL 33602
Telephone: (813) 276-1662
Fax: (813) 276-1956
rsickles@hinshawlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 11th day of December, 2014.

/s/ Max Story

Max Story, Esquire