UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN TURGEON,

    Plaintiff,

vs.                                    Case No.: 8:14-cv-02159-T-27TBM

PERFORMANT RECOVERY, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation for Dismissal with Prejudice (Dkt. 11). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 12th day of December, 2014.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record